NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PIAZZA, | No. C 01-20326 JF (PR) |
| Petitioner, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL |
| vs. | |
| GEORGE A. ORTIZ, Warden, | |
| Respondent. | (Docket No. 61) |

On January 30, 2008, the Court denied this pro se petition for a writ of habeas corpus on the merits and entered judgment in favor of Respondent. On February 25, 2008, Petitioner signed and dated his motion for an extension of time to file a notice of appeal, which was filed with the Court on February 28, 2008.  In his motion, petitioner explains that he did not receive a copy of the Court's order denying the instant petition and judgment until February 15, 2008. Petitioner also states that he did not have access to the law library for fifteen days thereafter due to a prison lock-down and requests an extension of time until March 30, 2008, to file a notice of appeal and a certificate of appealability.  (Pet.'s Mot. at 2.)

Federal Rule of Appellate Procedure 4(a)(5) allows a motion for an extension of time if the party requests it within thirty days of the expiration of the time to file the notice and shows excusable neglect or good cause.  See Fed. R. App. P. 4(a)(5).  The extension must be no later

than thirty days after the original deadline, or ten days after the entry of the order granting the motion, whichever is later. See id. The Court concludes that Petitioner has shown good cause for such an extension. Accordingly, Petitioner's motion for an extension of time to file a motion for a certificate of appealability (docket no. 61) is GRANTED. The new filing deadline is March 30, 2008.

**IT IS SO ORDERED.**

DATED: 3/14/08

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDREW PIAZZA,

        Petitioner,

  v.

GEORGE O. ORTIZ, Warden,

        Respondent.
_____/

Case Number: CV01-20326 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Piazza K-86475
CTF-Soledad
Corr Training Facility
P.O. Box 689
EW-135-U
Soledad, CA 93960-0689

Dated: _____

                                        Richard W. Wieking, Clerk