NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PIAZZA, | No. C 01-20326 JF (PR) |
| Petitioner, | ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |
| vs. | |
| GEORGE A. ORTIZ, Warden | |
| Respondent. | (Docket No. 64) |

Petitioner has filed a notice of appeal and a motion for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's motion for a certificate of appealability (Docket No. 64) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The Clerk shall forward to the Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: 5/2/08

JEREMY FOGEL
United States District Judge

Order Denying Motion for Certificate of Appealability
G:\PRO-SE\SJ.Jf\Hc.01\Piazza20326.deny-coa.HHH.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDREW PIAZZA,

        Petitioner,

v.

GEORGE A. ORTIZ, Warden,

        Respondent.

                                        /

Case Number: CV01-20326 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Piazza K-86475
CTF-Soledad
Corr Training Facility
P.O. Box 689
EW-135-U
Soledad, CA 93960-0689

Dated: _____

                                                Richard W. Wieking, Clerk